JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN REINER, | LA CV 19-08655 PA |
| Plaintiff, | JUDGMENT |
| v. | |
| GREYHOUND LINES, INC., et al., | |
| Defendants. | |

Pursuant to the Court's October 22, 2019 Order dismissing the Complaint filed by Plaintiff Martin Reiner,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's Complaint filed on October 8, 2019 is dismissed without prejudice.

DATED: October 22, 2019

Percy Anderson
UNITED STATES DISTRICT JUDGE